UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORGE SILVA, | ) CV 11-03553-MWF (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| L.S. McEWEN, WARDEN | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 21, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE